No. 94–402.  PINSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–414.  PACIFICO *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 94–503.  HENEGAR *v.* BANTA.  C. A. 6th Cir.  Certiorari denied.

No. 94–505.  TRANSPORTACION MARITIMA MEXICANA, S. A., ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (TAMMEN ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 94–512.  VIVIAN INDUSTRIAL PLASTICS, INC. *v.* MOORE, INDIVIDUALLY AND BY NEXT FRIEND, MOORE.  Sup. Ct. Tex.  Certiorari denied.

No. 94–518.  ANDREWS *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–533.  MALONE & HYDE, INC. *v.* GENERAL DRIVERS, SALESMEN & WAREHOUSEMEN'S LOCAL UNION NO. 984, AN AFFILIATE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO.  C. A. 6th Cir.  Certiorari denied.

No. 94–617.  LIERENZ *v.* BOWEN ET AL.  Ct. App. Ohio, Erie County.  Certiorari denied.

No. 94–699.  PRYMER *v.* OGDEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–704.  CITY OF CHICAGO *v.* ALEX ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–705.  HIRAI *v.* ITO, PERSONAL REPRESENTATIVE OF THE HEIRS OF ITO, DECEASED; and
No. 94–751.  MACRO ENERGY, INC., ET AL. *v.* ITO, PERSONAL REPRESENTATIVE OF THE HEIRS OF ITO, DECEASED.  C. A. 9th Cir.  Certiorari denied.

No. 94–713.  RAY *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.